STATE OF CONNECTICUT *v.* WILLIAM J. PEAY

The motion by James D. Cosgrove to withdraw his appearance in behalf of the defendant in the appeal from the Superior Court in Hartford County is granted.

*James D. Cosgrove,* on the motion.

*George D. Stoughton,* chief assistant state's attorney, for the plaintiff (state).

Argued March 5—decided March 5, 1974

OIL HEAT AND ENGINEERING, INC. *v.* WILLIAM A. BECKERMAN ET AL.

It appearing that the defendants in the above-entitled case have failed to prosecute their appeal from the Superior Court in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

No appearance of counsel for either party.

Decided March 5, 1974